IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-01871-MSK-CBS
_____

**IN RE:  NATURAL GAS COMMODITY LITIGATION**
(Original Civil Action No. 03-cv-6186 (VM) (AJP); U.S.D.C.; Southern District New York)
_____

## ORDER
_____

THIS MATTER, having come before the Court on Deponent Shawn McLaughlin's Motion to Vacate Motion to Quash (filed November 28, 2005; *doc. no. 7*), and the Court having reviewed said Motion, and now being fully advised hereby,

**ORDERS** that the instant Motion is **GRANTED**.  The hearing set for December 1, 2005, is **VACATED**.  The Motion to Quash and for a Protective Order (filed September 27, 2005; *doc. no. 1*) is **DENIED**, as moot.  It is further

**ORDERED** that this matter is deemed closed.

DATED at Denver, Colorado, this 30th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge